RENEE CHOY OHLENDORF (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

DENNIS N. LUECK, JR. (SBN 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:   213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFF STANLEY, | Case No. 2:18-cv-01913-TLN-CKD |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| vs. | |
| NAVIENT SOLUTIONS, LLC, and DOES 1 through 100 inclusive, | Complaint Filed: July 10, 2018<br>Response Date:   August 3, 2018<br>New Response Date:   August 31, 2018 |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Jeff Stanley ("Plaintiff") and Defendant Navient Solutions, LLC ("Defendant" or "NSL"), by and through their respective attorneys of record, and pursuant to F.R.C.P. 6(b) and Local Rule 144(a), do hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit on July 10, 2018;

**WHEREAS**, Plaintiff served the Summons and Complaint on NSL on or about July 13, 2018,

**WHEREAS**, NSL is to answer or otherwise respond to the Complaint on or before August 3, 2018;

**WHEREAS**, the parties have agreed to a twenty-eight (28) day extension for NSL to answer or otherwise respond to Plaintiff's Complaint, up to and including August 31, 2018. This extension will not affect any pending court dates or deadlines, nor will it prejudice any party herein.

**IT IS HEREBY STIPULATED** that NSL is hereby granted an extension of time of twenty-eight (28) days within which to answer or otherwise respond to Plaintiff's Complaint, up to and including August 31, 2018.

DATED: July 31, 2018                     HINSHAW & CULBERTSON LLP

By: /s/ *Renee Choy Ohlendorf*
RENEE CHOY OHLENDORF
DENNIS N. LUECK, JR.
Attorneys for Defendant
NAVIENT SOLUTIONS, LLC

DATED: July 31, 2018                     SAGARIA LAW, P.C.

By: */s/Elliot Gale*
ELLIOT GALE
Attorneys for Plaintiff
Eunice Ramirez

### **FILER ATTESTATION**

I, Renee Choy Ohlendorf, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Renee Choy Ohlendorf*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   August 10, 2018

Troy L. Nunley
United States District Judge

2
STIPULATION TO EXTEND TIME FOR DEFENDANT NAVIENT SOLUTIONS, LLC TO RESPOND TO COMPLAINT
Case No. 2:18-cv-01913-TLN-CKD